IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-0302 LJO |
| Plaintiff, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** (Doc. 7.) |
| vs. | |
| SHAWN LEE DRINNON | |
| Defendant. / | |

Based on the May 27, 2011 proceedings, this Court TRANSFERS this action to this Court's Sacramento Division. This Court DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division and to assign a Sacramento division case number and district judge to this action.

IT IS SO ORDERED.

**Dated:   June 1, 2011**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1